RECOMMENDATION TERMINATING
PROBATION PRIOR TO EXPIRATION DATE



JUN 2 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA     )
                             )
              vs.            )   Docket Number: 2:04CR00091-01
                             )
TAMIKO SHAUNTA HENDRICKS-LYNCH )
                             )

## LEGAL HISTORY:

On November 14, 2003, in the Southern District of Iowa, the above-named was placed on probation for a period of three years. Special conditions included a requirement for drug testing. On March 11, 2004, jurisdiction was transferred to the Eastern District of California.

## SUMMARY OF COMPLIANCE:

Tamiko Shaunta Hendricks-Lynch has complied with all conditions and special conditions of probation and has not been involved in any further criminal activities. Ms. Lynch has requested to relocate to Georgia. Her husband moved in January and has since secured employment and purchased a residence. Ms. Lynch remained in Sacramento with their three children. Her intention was to join him after the school year was complete. Her term of probation will expire in less than six months and it was felt that rather than transferring her term of probation to Georgia, we would request an early termination. It is the opinion of the probation officer that Ms. Lynch has derived maximum benefit from supervision and is not in need of continued supervision.

Re:   Tamiko Shaunta HENDRICKS-LYNCH
      Docket Number:  2:04CR00091-01
      **RECOMMENDATION TERMINATING**
      **PROBATION PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that probation in this case be terminated early.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**

Dated:     May 23, 2006
           Sacramento, California
           KMM:jz

**REVIEWED BY:**    /s/  Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

cc:   AUSA  (Pursuant to Rule 32, notice of proposed relief to the probation is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 2:04CR00091-01** |
| ) | |
| **TAMIKO SHAUNTA HENDRICKS-LYNCH** ) | |
| ) | |

On November 14, 2003, in the Southern District of Iowa, the above-named was placed on probation for a period of three years. On March 11, 2004, jurisdiction was transferred to the Eastern District of California. Ms. Lynch has complied with the rules and regulations of supervision.

She has requested to relocate to Georgia. Her husband moved in January and has since secured employment and purchased a residence. Ms. Lynch remained in Sacramento with their three children. Her intention was to join him after the school year was complete. Her term of probation will expire in less than six months and it was felt that rather than transferring her term of probation to Georgia, we would request an early termination. It is the opinion of the probation officer that Ms. Lynch has derived maximum benefit from supervision and is not in need of continued supervision. It is accordingly recommended that she be discharged from probation.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**

Dated:       June 6, 2006
             Sacramento, California
             KMM:jz

Rev. 03/2005
PROB35.MRG

Re:   Tamiko Shaunta HENDRICKS-LYNCH
      Docket Number:   2:04CR00091-01
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

REVIEWED BY:   /s/  Kyriacos M. Simonidis
               **KYRIACOS M. SIMONIDIS**
               **Supervising United States Probation Officer**

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

_6/16/06_                                _Edward J. Garcia_
**Date**                                 Edward J. Garcia
                                         **Senior United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office